UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARY PENCIL,

    Plaintiff,

vs.

THE OHIO MASONIC HOME
PENSION PLAN, *et al.*,

    Defendants.

Case No. 3:12-cv-377

Judge Timothy S. Black

## AMENDED CALENDAR ORDER

This civil action is before the Court on the parties' joint motion to extend the calendar. (Doc. 21). For good cause shown, the motion is hereby **GRANTED**, the previous Calendar (Doc. 19) is **VACATED** and the Court enters the following Amended Calendar Order:

| | |
|---|---|
| Status conference by telephone parties shall call 1-888-684-8852:[1] | **May 12, 2014 at 11:30 a.m.** |
| Discovery deadline: | **May 30, 2014** |
| File Administrative Record: | **July 15, 2014** |
| Dispositive motion deadline:[2] | **July 15, 2014** |
| Status conference by telephone parties shall call 1-888-684-8852: | **August 15, 2014 at 10:00 a.m.** |
| Final pretrial conference in Dayton Chambers, Room 902: | **November 6, 2014 at 9:30 a.m.** |
| Bench Trial in Dayton: | **November 17, 2014 at 9:30 a.m.** |

**IT IS SO ORDERED.**

Date: 3/24/14

*Timothy S. Black*
Timothy S. Black
United States District Judge

---

[1] Access code: 8411435; Security code: 123456.

[2] See the Standing Order Governing Civil Motions for Summary Judgment:
http://www.ohsd.uscourts.gov/judges/fpblack.htm